# Third District Court of Appeal
## State of Florida

Opinion filed March 3, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1182
Lower Tribunal Nos. 18-257-A-K & 18-283-A-K

————————

**Albert R. Rodriguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Albert R. Rodriguez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.